JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Antonio Fernandez**<br>Plaintiff,<br>v.<br>**GW Supermarket of Monterey Park, Inc**, a California Corporation<br>Defendants. | Case: CV 21-1608-GW-MRWx<br><br>JUDGMENT |

Pursuant to Federal Rule of Procedure 68(a), JUDGMENT is entered in favor of plaintiff Antonio Fernandez and against Defendant GW Supermarket of Monterey Park, Inc., a California Corporation in the amount of $4,000.

Dated: November 12, 2021      By: _____

Hon. George H. Wu
United States District Judge

1

Proposed JUDGMENT                                2:21-cv-01608-GW-MRW

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff